UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

vs.                                                      ORDER ADOPTING THE
                                                      REPORT AND RECOMMENDATION
Billy Mack Ashmore,

        Defendant.                    Crim. No. 16-231 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**

That Defendant Ashmore's Motion to Dismiss [Docket No. 21] is DENIED.

                                   s/Ann D. Montgomery
                                   Ann D. Montgomery, Judge
DATED: October 6, 2016         United States District Court
At Minneapolis, Minnesota