## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                              **ORDER**
                                Criminal No. 16-231 ADM/LIB

Billy Mack Ashmore,

      Defendant.

_____

Surya Saxena, Esq., Assistant United States Attorney, United States Attorney's Office, Minneapolis, MN, on behalf of Plaintiff.

Douglas Olson, Esq., Assistant Federal Defender, Office of the Federal Defender, Minneapolis, MN, on behalf of Defendant.

_____

      This matter is before the undersigned United States District Judge for a ruling on Billy Mack Ashmore's ("Ashmore") Objection [Docket No. 61] to Magistrate Judge Leo I. Brisbois' March 30, 2017 Order [Docket No. 57] denying Ashmore's Motion for a Hearing on Outrageous Government Conduct [Docket No. 54].

      Ashmore's Objection is overruled. The Objection does not present facts or raise any argument that justifies holding a pre-trial hearing on an outrageous government conduct claim.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Billy Mack Ashmore's Objection [Docket No. 61] to Magistrate Judge Leo I. Brisbois' March 30, 2017 Report and Recommendation [Docket No. 57] is **OVERRULED**;

2. The Report and Recommendation [Docket No. 57] is **ADOPTED**;

3. Defendant's Motion for a Hearing on Outrageous Government Conduct [Docket No. 54] is **DENIED**.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: May 24, 2017.